UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KASHANI FARHAD,<br><br>    Defendant. | Case No. 96-cr-00045-SI-1<br><br>**ORDER RE: MOTION TO CORRECT SENTENCE**<br><br>Re: Dkt. No. 180, 182 |

    Defendant Kashani Farhad has filed letters with this Court requesting that the computation of his sentence be altered to credit him for time he served in Oakland County Jail prior to his sentencing before this Court. Dkt. 180, 182. The Court directed the government to file a response. Dkt. 181. The government filed a response on March 11, 2015, stating that defendant's letters did not state whether he had exhausted the administrative remedies process within the Bureau of Prisons ("BOP") prior to filing his request. Dkt. 184 at 1.

    "After a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence." *United States v. Wilson*, 503 U.S. 329, 336 (1992). "Federal regulations have afforded prisoners administrative review of the computation of their credits . . . and prisoners have been able to seek judicial review of these computations *after* exhausting their administrative remedies[.]" *Id.* (emphasis added). If defendant has not exhausted his administrative remedies within the BOP, he is directed to do so before seeking relief from this Court. *See* BOP Program Statement 1330.18, Administrative Remedy Program, available at http://www.bop.gov/policy/progstat/1330_018.pdf. If defendant has exhausted his administrative

remedies, he may file a motion with this Court showing that he has done so.

**IT IS SO ORDERED.**

Dated: March 27, 2015

_____
SUSAN ILLSTON
United States District Judge